# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADIUS NETWORK LLC, | Case No. 1:18-cv-01713-ESH |
| Plaintiff, | Honorable Judge Ellen S. Huvelle, U.S.D.J. |
| vs. | |
| KRYPTON BLOCKCHAIN HOLDINGS LTD., d/b/a KRYPTON CAPITAL, | |
| Defendant. | |

## UNOPPOSED MOTION TO REOPEN UNDER FRCP 60(B) AND TO EXTEND BRIEFING SCHEDULE

Plaintiff Gladius Network LLC ("Gladius") respectfully moves the Court to reopen the above-captioned case, which was dismissed on September 30, 2019, and to extend the parties' briefing schedule on Krypton Blockchain Holdings Ltd.'s ("Krypton") Motion to Dismiss.

**I.      Facts**

1.      On July 23, 2018, Gladius commenced the above-captioned civil action by filing its Complaint, seeking a declaratory judgment on the enforceability of a Memorandum of Understanding entered into between Gladius.io and Krypton.[1]  Dkt. No. 1.

2.      As required under Federal Rule of Civil Procedure 4(f)(1), Gladius's counsel, operating through an international service vendor, provided copies of the Complaint and Summons to the Attorney General of Malta on January 9, 2019, for service on Krypton under the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters* (20 U.S.T. 361; 658 U.N.T.S. 163).  Dkt. No. 9.

---

[1] Gladius.io is the website domain for Gladius Network LLC. It is not a separate legal entity.

3. On January 21, 2019, the Maltese Central Authority successfully effectuated timely service on Krypton at Krypton's business address of Dragonara Road, Dragonara Business Center 5th Floor STJ 3141 St. Julian's, Malta. Dkt. No. 9.

4. On September 9, 2019, Mark Rosenberg filed a notice of appearance as counsel for Krypton, and correspondingly Krypton moved this Court to dismiss Gladius's Complaint. Dkt. Nos. 10, 11.

5. On several occasions prior to the deadline for responding to Krypton's Motion to Dismiss, including in a phone call on September 23, 2019, counsel for Krypton agreed to provide Gladius with an extension until October 15, 2019 to file an Opposition to the Motion.

6. Gladius did not file a motion for an extension with the Court prior to the September 23 deadline or in the week that followed. On the morning of September 30, counsel for Gladius sent to counsel for Krypton a draft submission reflecting the parties' agreement, but counsel for Krypton was observing the Rosh Hashanah holiday and was thus unable to sign and return a copy for filing with the Court.

7. Later that same day, this Court granted Krypton's Motion to Dismiss, treating the motion as conceded by Gladius due to a failure to timely file a response or a request to extend the briefing schedule. Dkt. No. 12.

**II. Requested Action in this Case**

8. Prior to and at the time of this Court's order granting Krypton's Motion to Dismiss, respective counsel for Gladius and Krypton had agreed on an extension of the motion's briefing schedule.

9. Counsel for both parties, who are currently engaged in substantive and advanced settlement negotiations, wish to avoid re-filing an Amended Complaint substantively identical to

the Complaint which was dismissed without prejudice on September 30 and re-submitting an identical Motion to Dismiss that Complaint.

10. Counsel for Krypton consents to this motion and to the relief sought herein.

11. Accordingly, Gladius respectfully requests that this motion be granted, and that this Court reopen the above-captioned matter.  Further, Gladius respectfully requests that the deadline for submitting its Opposition to Krypton's Motion to Dismiss be continued, per the parties' prior agreement, until October 15, 2019, and the deadline for Krypton to submit its Reply in Support of its Motion to Dismiss be continued until November 7, 2019.

Respectfully submitted,

/s/ Michael L. Loesch
Michael L. Loesch
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
mloesch@winston.com

George E. Mastoris
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: gmastoris@winston.com

*Attorneys for Plaintiff Gladius Network LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, a copy of the foregoing Unopposed Motion to Reopen Under FRCP 60(b) and to Extend Briefing Schedule was served upon the following by notice of electronic filing and email:

**BY ECF AND EMAIL**:

Mark L. Rosenberg
Cogent Law Group
1875 K Street N.W.
Fourth Floor
Washington, D.C. 20006

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


*/s/ Michael L. Loesch*
Michael L. Loesch

Dated:  October 2, 2019